IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
───────────────────────────

NO. 19-7176

William Young,

                Appellant,

vs.

B.M. Antonelli, Warden,

                Appellee.

## CONSENT MOTION FOR IMMEDIATE ISSUANCE OF MANDATE

Appellant William Young (Young), by and through undersigned attorney Emily Deck Harrill, Assistant Federal Public Defender, respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 41(b), to immediately issue the mandate in this appeal.

On December 10, 2020, this Court issued a published opinion vacating the judgment of the district court and remanding to the district court for further proceedings. See *Young v. Antonelli*, No. 19-7176, __ F.3d __, 2020 WL 7251007 (4th Cir. Dec. 10, 2020). Young has, by separate consent motion filed this date, moved for immediate release from the BOP on personal recognizance without surety.

WHEREFORE, Young moves this Court, with Appellee's consent, for an order under Federal Rule of Appellate Procedure 41(b) directing the Clerk of this

Court to immediately issue the mandate in this matter so that the district court may proceed to full consideration of Young's § 2241 petition and likely resentencing in this matter without undue delay. Pursuant to Rule 27(a), counsel for Young has consulted with counsel for Appellee, who has no objection to the granting of this motion.

Respectfully submitted,

*s/Emily Deck Harrill*
Emily Deck Harrill
Assistant Federal Public Defender
Office of the Federal Public Defender
District of South Carolina
1901 Assembly Street
Suite 200
Columbia, South Carolina 29201
803.765.5079

**Attorney for Appellant**
**William Young**
**No. 19-7176**

Columbia, South Carolina
December 22, 2020

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
Effective 12/01/2016

No. _____  Caption: _____

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

**Type-Volume Limit for Briefs:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[ ]  this brief or other document contains _____ [*state number of*] words

[ ]  this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

[ ]  this brief or other document has been prepared in a proportionally spaced typeface using _____ [*identify word processing program*] in _____ [*identify font size and type style*]; **or**

[ ]  this brief or other document has been prepared in a monospaced typeface using _____ [*identify word processing program*] in _____ [*identify font size and type style*].

(s) _____

Party Name _____

Dated: _____