UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7176
(0:18-cv-01010-CMC)

_____

WILLIAM YOUNG

       Petitioner - Appellant

v.

B. M. ANTONELLI, Warden

       Respondent - Appellee

_____

O R D E R

_____

This case was decided by published opinion issued on December 10, 2020. The court issued a judgment vacating the judgment of the district court and remanding the case to the district court for further proceedings.

Upon consideration of appellant's unopposed motion for immediate release, the court denies the motion.

Upon consideration of the motion to issue the mandate forthwith, the court grants the motion. The clerk is directed to immediately issue the mandate in this

case.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Wynn and Judge Harris.

                                                 For the Court

                                                 <u>/s/ Patricia S. Connor, Clerk</u>